IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

FEB 16 2012

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

| | |
|---|---|
| SHARON J. LAMMIE-MORGAN | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.: 1:11-cv-00082<br>) |
| HOME DEPOT, U.S.A., INC. | ) **ORDER**<br>) |
| | ) By:  James P. Jones |
| Defendant. | ) United States District Judge |

### ORDER

THIS MATTER is before the Court upon the initial Motion to Dismiss for failure to state a claim, and the renewed Motion to Dismiss raising those same grounds as well as Plaintiff's failure to prosecute and abide by this Court's Order, filed by Defendant, Home Depot U.S.A., Inc. ("Home Depot").  Upon consideration of the arguments, any response, and being otherwise fully apprised, it is hereby

ORDERED as follows:

1.     Home Depot's initial Motion to Dismiss for failure to state a claim pursuant to Rule 12(b)(6) (Dkt. 3) is GRANTED for the reasons stated therein;

2.     To the extent Home Depot's initial Motion to Dismiss (Dkt. 3) is granted, making the renewed Motion to Dismiss duplicative, the renewed Motion (Dkt. 13) is DENIED *as moot*.

3.     Plaintiff's Complaint is DISMISSED with prejudice.

4.     The clerk will close the case.

ENTER: February 16, 2012

/s/ James P. Jones
United States District Judge

2